# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In Re:   Michelle Renea Nichols                                                        Chapter 13

Case No.: 09-70378-SCS

Debtor(s)

SSN:   XXX-XX-8050

---

## MOTION AND NOTICE TO ALLOW CLAIMS

---

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest.   It contains important information, and should be reviewed by you.   Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**   According to the records of R. Clinton Stackhouse, Jr., Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate.   Each of the claims will be allowed as recited below unless on or before twenty (20) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.   Upon expiration of the twenty (20) day period, an Order will be presented to the Court granting the Motion.   You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours.   You may also obtain a copy of the Order from the Chapter 13 Trustee.   The name, address, and other pertinent information regarding the claims follows.

| Claim# | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| 1/1-2 | Countrywide Home Loan Inc<br>7105 Corporate Drive<br>Mail Stop Ptx-B-209<br>Plano, TX  75024 | 04-Feb-2009 | $12,523.89 | 0.00<br>"No Interest" | Mortgage |
|  | Credit Control Corp<br>11821 Rock Landing Drive<br>Newport News, VA  23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
|  | Credit Control Corp<br>11852 Rock Landing<br>Newport News, VA  23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
|  | Credit Control Corp<br>P.O. Box 120570<br>Newport News, VA  23612 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 3 | Premier Bankcard<br>Po Box 2208<br>Vacaville, CA  95696 | 06-Mar-2009 | $475.23 | 0.00<br>"No Interest" | Unsecured |
|  | Firstpoint Collection Resource<br>P.O. Box 26140<br>Greensboro, NC  27402 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 2 | Internal Revenue Service<br>Po Box 21125<br>Philadelphia, PA  19114 | 18-Feb-2009 | $5,770.44 | 0.00<br>"No Interest" | Priority |

---

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320
(757) 333-4000

Continued on next page...

| Claim# | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| | Mri & Ct Diagnostics<br>P.O. Box 2546<br>Virginia Beach, VA 23450 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Raymond A. Nichols<br>608 N. Piping Rock Road<br>Virginia Beach, VA 23452 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Raymond T. Carwheel<br>608 N. Piping Rock Rd.<br>Virginia Beach, VA 23452 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Sentara<br>P.O. Box 2200<br>Norfolk, VA 23501 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Sentara Bayside Hospital<br>Po Box 1875<br>Norfolk, VA 23501 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Zenith Acquistion<br>220 John Glenn Dr #1<br>Buffalo, NY 14228-2228 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Mri & Ct Diagnostics<br>P.O. Box 2546<br>Virginia Beach, VA 23450 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Sentara Bayside Hospital<br>Po Box 1875<br>Norfolk, VA 23501 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | D Carol Sasser, Esq<br>5040 Corporate Wood Dr Ste120<br>Virginia Beach, VA 23462 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 2 | Internal Revenue Service<br>Po Box 21125<br>Philadelphia, PA 19114 | 18-Feb-2009 | $252.91 | 0.00<br>"No Interest" | Unsecured |
| | Internal Revenue Service<br>Po Box 21126<br>Philadelphia, PA 19114 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Becket & Lee<br>Po Box 3001<br>Malvern, PA 19355-0701 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  Wednesday, September 23, 2009
09-70378-SCS

/s/ R. Clinton Stackhouse, Jr.

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In Re:      Michelle Renea Nichols

Chapter 13

Case No.:  09-70378-SCS

Debtor(s)

SSN:     XXX-XX-8050

### <u>ORDER APPROVING CLAIMS</u>

Upon the Motion To Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the debtor(s) and to the debtors' attorney of record, and that the debtor(s) be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.   The absence of a timely written objection will be deemed an approval by the debtor(s) of the claims as recited in the Motion.   Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.   Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.   Any claim not filed as of the date of entry of this Order shall not be allowed, except upon further order of the Court.   Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other affected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

The Clerk shall send a copy of this Order to R. Clinton Stackhouse, Jr., Chapter 13 Trustee, 870 Greenbrier Circle, Suite 200, Chesapeake, VA, 23320, the attorney for the debtor(s) and the debtor(s).

Dated: _____

_____
Judge

_____
Entry of Judgement or Order

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320
(757) 333-4000